**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

NANNYLI RIVERA,　　　　　　　　　　　　　　Case No.: 1:17-cv-4738

　　　　　　　　　　*Plaintiff,*　　　　　　　　**DECLARATION OF**
　　　　　　　　　　　　　　　　　　　　　　　　**JOSHUA LEVIN-**
　　　　-against-　　　　　　　　　　　　　　　**EPSTEIN**

THE CRABBY SHACK, LLC,
FIFI BELL CLANTON, and GWENDOLYN NILES,

　　　　　　　　　　*Defendants*.
-------------------------------------------------------------------X

　　　**JOSHUA LEVIN-EPSTEIN**, an attorney duly admitted to practice in the Southern District of New York, affirms the following under the penalties of perjury:

　　1.　　I am a Partner of Levin-Epstein & Associates, P.C.

　　2.　　I make this declaration in support of Defendant's Motion to enforce a binding settlement agreement achieved at the Court-ordered July 23, 2018 mediation.

　　3.　　A true and correct copy of the parties' July 23, 2018 Settlement Agreement is annexed hereto as **Exhibit "A"**.

　　4.　　A true and correct copy of the parties' long-form settlement agreement is annexed hereto as **Exhibit "B"**.

　　5.　　A true and correct copy of the September 11, 2018 status letter is annexed hereto as **Exhibit "C"**.

　　6.　　A true and correct copy of the Memorandum and Order of the Hon. Justice Sandra L. Townes, dated June 24, 2015 in the Federal Court action captioned *Lewis v. New York City Transit Auth.*, 2015 U.S. Dist. LEXIS 84086 14 (E.D.N.Y. 2015) is annexed hereto as **Exhibit "D"**.

7. A true and correct copy of docket in the above-captioned action is annexed hereto as **Exhibit "E"**.

Dated: December 3, 2018
     New York, New York

By:   /s/ *Joshua Levin-Epstein*
       Joshua Levin-Epstein, Esq.
       1 Penn Plaza, Suite 2527
       New York, New York 10119
       Telephone: (212) 792-0048
       Email: Jason@Levinepstein.com

       *Attorneys for Defendants*

Cc:    All parties via ECF