1. 35,000
2. JOINT & SEVERAL LIABILITY
3. PAYMENT OVER 24 MONTHS
4. FLSA RELEASE & CONFIDENTIALITY
5. PAYMENTS DUE AT THE LAST DATE OF THE MONTH
6. DEFAULT INTEREST AT 9%, SINCE THE ~~FILING~~ FILING
7. COURT MAINTAIN JURISDICTION
8. 30 DAYS NOTICE OF DEFAULT
9. 5 DAY CURE

The parties in Rivera et al v The Crabby Shack et al, 17-cv-04738, at a mediation held on July 23, 2018 have reached a settlement, the terms of which appear above. A formal settlement agreement will be finalized by July 30, 2018.

AGREED TO:

For Plaintiffs

*Daniel Knox, Esq.*
Counsel for Plaintiffs

For Defendants

JOSHUA LEVINGSTON
ATTORNEY FOR DEFENDANTS