UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NANNYLI RIVERA,

                                     *Plaintiffs*,

         -against-

THE CRABBY SHACK, LLC,
FIFI BELL CLANTON, and GWENDOLYN NILES,

                                     *Defendants*,
------------------------------------------------------------------X

Case No. 1:17-xc-4738

NOTICE OF MOTION

Assigned Judge:
Hon. Steven M. Gold

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law dated December 3, 2018, together with the supporting affirmation of Joshua Levin-Epstein, Esq. and the exhibits annexed thereto, Defendants The Crabby Shack, LLC, Fifi Bell Clanton, and Gwendolyn Niles (collectively, the "Defendants"), by their attorney Joshua Levine-Epstein, Esq. will move this Court, the Honorable Steven M. Gold presiding, at the courthouse located in 225 Cadman Plaza E, Brooklyn, NY 11201, Room 13-D South, on January 8, 2019, at 4:00 P.M., or as soon thereafter as counsel can be heard, for an order affirming the parties' Settlement Agreement, and an for an order or settlement judgment setting forth the obligations of the parties under the Settlement Agreement and to respectfully proceed with the scheduling of a fairness hearing under *Cheeks*.

      PLEASE TAKE FURTHER NOTICE that answering papers, if any, must be served within fourteen days after service of the moving papers, and Defendants' reply must be served within fourteen days after service of the answering papers.

Dated: December 3, 2018
      New York, New York

                                       LEVIN EPSTEIN & ASSOCIATES, P.C.

                                    By:  */s/ Joshua Levin Epstein*_____
                                            Joshua Levin-Epstein
                                            Levin-Epstein & Associates, P.C.
                                            One Penn Plaza, Suite 2527
                                            New York, New York 10119
                                            Telephone: (212) 792-0046
                                            Joshua@levinepstein.com
                                            *Attorney for Defendants*

To: All parties via ECF